

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-09-00408-CV

SEARCY M. FERGUSON, JR.                                                APPELLANT

V.

XTO ENERGY, INC.                                                        APPELLEE

------------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.


                                                    PER CURIAM

PANEL:  MEIER, DAUPHINOT, and WALKER, JJ.

DELIVERED:  December 23, 2010